UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN GONZALEZ and LORENA GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> PIONEER INDUSTRIAL SYSTEMS, LLC.., <br><br> Defendant, <br><br> PIONEER INDUSTRIAL SYSTEMS, LLC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> MENARD, INC., <br><br> Third-Party Defendant. | No. 15 –cv- 11583 |

# ORDER

THIS CAUSE coming on to be heard on Third-Party Defendant, MENARD, INC., by and through it's attorneys, OTTOSEN BRITZ KELLY COOPER GILBERT & DiNOLFO, LTD. and moves this Court to enter an Order withdrawing said Third-Party Defendant's Motion for a HIPAA Qualified Protective Order; due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. Third-Party Defendant, MENARD, INC'S withdrawal of its Motion for a HIPAA Qualified Protective Order is hereby ENTERED / DENIED.



EXHIBIT A

GBS/Menard, Inc./Gonzalez / Menard/Gonzalez / Order - HIPAA Withdrawal /208584

DATE:_____   ENTERED:

_____
Judge No.

W. ANTHONY ANDREWS
OTTOSEN BRITZ KELLY COOPER GILVERT & DiNOLFO, LTD.
1804 N. Naper Boulevard, Suite 350
Naperville, IL  60563
630-682-0085
ARDC NO:  6217267