

**MIDWEST MANUFACTURING**

4631 Menard Drive, Eau Claire, WI 54703
Phone: (715) 876-5555

Pioneer Industrial Systems LLC.
Attn: Todd Hendricks
16442 US Hwy 20
Alvordton, OH 43501
Phone: 419-737-9506
Fax: 419-737-9641

# Purchase Order

ECPrehung - Eau Claire

1500498

Ship To: Midwest Manufacturing
4631 Menard Drive
Blg 20
Eau Claire, Wisconsin 54703
Attn: Kip Stuebs
Phone: (715) 876-3283
Fax: (715) 876-5563

| Date | Terms | Date Required | Ship Via | FOB |
|---|---|---|---|---|
| 4/24/2012 | Net 30 Days | 4/24/2012 | Ground | Vendor |

**Notes**

PICK - CAR

PIONEER INDUSTRIAL SYSTEMS: Will design and build Prehung Pick Cars to allow pick personnel to pick products in a self-propelled pick car between racks at multiple levels.

-Rail speeds 200 FPM; and raising and lowering rates 50 FPM.

-Powered by 480 Volt 3 phase at approx. 40 amps; supplied by overhead buss bar system for power source. Approx. weight 9500# to 10,5000# to be confirmed at design calculations. Equipment to include position feedback devices for; lift/horizontal drive systems for future addition of automatic positioning features.

-PIC to include sufficient number and correct type on input points to accommodate position feedback devices. Electric motors equipped with inverter drive and controlled by plc.

-Platform capacity 2,500#, #100 chain for lift or #80 double chain. Velocity fuses to prevent uncontrolled descent in the event of failures. Lowered height of 16" from bottom of lower rail to floor of platform raised to floor of platform-raised height. Must fit Eau Claire: in 30' 3" joist to floor. floor to bay 20' 6" and must fit Plano: in 28' 4" joist to floor, floor to bay 20' 4".

-Mechanical drive powered by electric motor equipped with invertor drive and controlled by plc- both ends of base to be equipped with bumpers with limit/proxes and or sensors to send a stop signal to control system.

-Mechanical hard stop: to be supplied for welding to lower rail at both ends of travel as a backup stop.

| | |
|---|---|
| Total: | $219,000.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Grand Total: | $219,000.00 |

| Received By | Receiver Number | IMPORTANT | Ordered By |
|---|---|---|---|
| | | 1) OUR ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, ETC. | |
| Shipper | Bill Of Lading Number | 2) PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO SHIP THE COMPLETE ORDER BY DATE SPECIFIED | Approved By |
| | | 3) SEND ALL INVOICES IN DUPLICATE SPECIFIED | Mary Komita |

THIS PURCHASE ORDER IS SUBJECT TO THE CURRENT TERMS AND CONDITIONS ISSUED BY MIDWEST MANUFACTURING, ALL INCONSISTENT TERMS AND CONDITIONS SUBMITTED BY VENDOR SHALL HAVE NO EFFECT. IF VENDOR IS UNSURE OF MIDWEST MANUFACTURING'S, CURRENT TERMS AND CONDITIONS, CONTACT MIDWEST MANUFACTURING' GENERAL OFFICE FOR A COPY.



EXHIBIT A



4631 Menard Drive, Eau Claire, WI 54703
Phone: (715) 876-5555

# Purchase Order

ECPrehung - Eau Claire

1500498

-Operator platform with 110vac outlets (1x4 plex) - (2)-110 vac. shielded lights LED/Non florescent fixtures in operator cabin with adequate head clearances.

-4 point hand and foot controls (Cat 3) level as with Menards Pick cars- (2) 10" diameter fans installed above platform - overhead operator restraint bar (2) tie off points - steel tread plate floor - (2) disposal bins with securement for packaging material at back of operator platform.

-Upgrade the door push off system to eliminate the need for a wood door to act as the pusher/upgrade should be capable of pushing in either direction and pushing skid to edge to be final pushed off by operators as observed at site April 9, 2012 - roller bed with drag chains for 80" x 36" pallet and flush pallets.

-Main control panel to include lockable power disconnect switch with fusing-ac inverter drives for motors and plc with Ethernet card - red strobe typical with each end of pick car.

-Buss bar contact shoes similar to Menards Pick cars.

OPERATION SEQUENCE: The Pick Cars will function similar to the pick cars observed in the Shelby Iowa facility; as observed on February 6, 2012/April 9, 2012 during meeting with Kip Stuebs and Shane Sarbeck, and photos supplied by same and taken on April 9, 2012. Reference dwgs. and limited specifications as seen on dwgs supplied: S-01766/(1-4 Sheets).:electrical dwgs. as submitted Control Panel Midwest Mfg. PCV 20 LSO01507 P/N 971-xxx (1-2 Sheets).

SYSTEM INCLUDES:
- Lift Equipment - per spec's Midwest Manufacturing and dwgs supplied.
- Carriage Drive Assembly - Electric motor, gearbox, cam followers, units are 50% wider and 17% longer than Menards Units.
- Lift System - Electric motor/gearbox Unit, Chain, Sprockets, Bearings, Timing Shaft, and mounting brackets, unit is 30% taller than Menards unit.
- Drag Chain - Motor, drive, chain built into operator platform, with chain dogs to move products off of platform. ( Eliminate using a pusher door).
- Drive System - Motor, mechanical components, safety spring loaded both ends with interfaces.
- Operator Platform - Waste material storage in plastic bins, with steel restraints, restraint bar with tie offs for operator, deck plating diamond plate, lights, and fans for operator.
- Electric Components - upgraded to standards supplied by Midwest Manufacturing. Safety to Cat3/PLC upgrade to 1769-132E/Drive upgrade to AB powerflex 40P. Same as Menards Upgrades.
- Electric motor, gearbox for drive and lift system - 2 separate motors and systems with separate controls.
- PLC and programming for operation of Pick Car.
- Safety Guarding.
- Painted and assembled.
- Evaluated and run off at Pioneer.
- Crating and loading, FOB pioneer.

| | |
|---|---:|
| Total: | $219,000.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Grand Total: | $219,000.00 |

| Received By | Receiver Number |
|---|---|
|  |  |
| Shipper | Bill Of Lading Number |
|  |  |

**IMPORTANT**
1) OUR ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, ETC.
2) PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO SHIP THE COMPLETE ORDER BY DATE SPECIFIED
3) SEND ALL INVOICES IN DUPLICATE SPECIFIED

Ordered By

Approved By

Mark Komita

THIS PURCHASE ORDER IS SUBJECT TO THE CURRENT TERMS AND CONDITIONS ISSUED BY MIDWEST MANUFACTURING, ALL INCONSISTENT TERMS AND CONDITIONS SUBMITTED BY VENDOR SHALL HAVE NO EFFECT. IF VENDOR IS UNSURE OF MIDWEST MANUFACTURING'S, CURRENT TERMS AND CONDITIONS, CONTACT MIDWEST MANUFACTURING' GENERAL OFFICE FOR A COPY.



**MIDWEST MANUFACTURING**

4631 Menard Drive, Eau Claire, WI 54703
Phone: (715) 876-5555

# Purchase Order

| ECPrehung - Eau Claire |
|---|
| 1500498 |

- Documentation and manuals.
- Installation: Engineering startup supervision at Locations Eau Claire, Wisconsin/Holiday City, Ohio/Plano, Illinois until complete
- 1 engineer, 3 day, 30 hours.

UPGRADES INCLUDED:
1. Flanged bearing on wheels instead of pillow blocks
2. QD or Taper lock sprockets
3. Formasprag over running clutch
4. Isolate the drive motor on a turnbuckle, rather than rigid plate to the frame to prevent (broken axle)
5. Can be square cut out or expanded steel roof rather than traditional expanded steel
6. Operator hand control grips angled for a better ergonomic feel
7. Guard around opening in front of operator, so operator doesn't have to look Lexan or expanded metal
8. Upgrade from hydraulics to all electric drive
9. Add protection to stop product/pallets from hitting the control cabinet (mechanical Fix)
10. Cab needs to be supported better (see for corner lift, cab stronger)
11. Add 2 lights, (see LED) lights in cab, 2 front and 2 rear lights, 2 fans
12. Photo eye/proxys or sensors slow down and stop lights separate
13. Additional guide rollers on the lower rail/size upgrade
14. Allow space/power for FM radio or CB/fire extinguisher
15. Use expanded steel instead of Plexiglas for front window
16. Cabinet can to be mounted at 90 degree to operator platform
17. Safety drop brakes
18. Run conduit/igus for wireless antenna
19. Space for Citadel monitor

PIONEER INDUSTRIAL SYSTEMS WILL SUPPLY

| Qty | Part | Description |
|---|---|---|
| (2) | 140M-D8E-C20 | MPCB, Standard Magnetic Trip (Fixed at 13 x Ie), 10 - 16 A, Std. Performance, Frame Size |
| (1) | 140M-C2E-B40 | 2.5 - 4.0 |
| (3) | 140M-C-AFA11 | Auxiliary Contact Block, Front Mounted, 1 N.O 1 N.C. |
| (1) | 1769-L32E | CompactLogix EtherNet Processor, 750 Kbyte Memory |
| (1) | 1769-PB4 | Power Supply 24VDC Input 4A @ 5VDC 2A @ 24VDC |
| (2) | 1769-IQ16 | 16 Point 24 VDC Sinking/Sourcing Input Module |
| (2) | 1769-OB16P | 16 Point 24 VDC Electronically Fused Sourcing Output Module |
| (1) | 22D-D017N014 | PowerFlex 40P AC Drive, 480VAC, 3PH, 17 Amps, 10 HP, Frame Size C, Panel Mount IP (NEMA Type Open), Display w/Reset Only, Without CE compliant filter, Standard |
| (3) | 20A-DG01 | DriveGuard Safe-Off Interface |

| | |
|---|---|
| Total: | $219,000.00 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Grand Total: | $219,000.00 |

| Received By | Receiver Number | | Ordered By |
|---|---|---|---|
| | | | |
| Shipper | Bill Of Lading Number | | Approved By |
| | | | *Marin Kanoff* |

**IMPORTANT**
1) OUR ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, ETC.
2) PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO SHIP THE COMPLETE ORDER BY DATE SPECIFIED
3) SEND ALL INVOICES IN DUPLICATE SPECIFIED

THIS PURCHASE ORDER IS SUBJECT TO THE CURRENT TERMS AND CONDITIONS ISSUED BY MIDWEST MANUFACTURING, ALL INCONSISTENT TERMS AND CONDITIONS SUBMITTED BY VENDOR SHALL HAVE NO EFFECT. IF VENDOR IS UNSURE OF MIDWEST MANUFACTURING'S, CURRENT TERMS AND CONDITIONS, CONTACT MIDWEST MANUFACTURING' GENERAL OFFICE FOR A COPY.



4631 Menard Drive, Eau Claire, WI 54703
Phone: (715) 876-5555

# Purchase Order

| ECPrehung - Eau Claire |
|---|
| 1500498 |

- (1) 22D-D012N014    PowerFlex 40P AC Drive, 480VAC, 3PH, 12 Amps, 7.5 HP, Frame Size C, Panel Mount IP (NEMA Type Open), Display w/Reset Only, Without CE compliant filter, Standard
- (1) 22D-D2P3N104    PowerFlex 40P AC Drive, 480VAC, 3PH, 2.3 Amps, 1 HP, Frame Size B, Panel Mount IP (NEMA Type Open), Display w/Reset Only, Without CE compliant filter, Standard
- (1) 20-COMM-E    PowerFlex Architecture Class EtherNet/ IP to DPI Communication Adapter
- (1) 440R-D23171    MSR125HP Relay Model, Two-Hand Control, 2 N.O. Immediate Safety Outputs, N/A Auxiliary Outputs, N/A Delayed Safety Outputs, 24V AC/DC Power Supply, Automatic/Manual Reset Removable Terminals
- (1) 700S-CF620EJBC    Safety Control Relay, 8 Pole, 3 N.O. / 1 N.C. Base, 3 N.O. / 1 N.C. Auxiliary, Bifurcated Contact, 24V 50/60Hz / 24V DC (w/Elec. Coil)

\*\*\*INCLUDES: Midwest Manufacturing revised scope from plants inputs; which may supersedes this scope if Midwest Manufacturing wants additional upgrades, which will require a scope modification and requote.

ELECTRICAL CONTROLS:
Included will be 480 volt 3 phase main electrical enclosure with Allen Bradley controller, relays, transformers, starters, and all other necessary controls. Included are all push button stations, field devices, junction boxes, piping, and wiring. Pioneer Industrial Systems is responsible for programming and producing a TOTAL TURNKEY SYSTEM. Add maintenance switch inside control panel, manual operate picker as shown on Pick Car in Shelby.

WARRANTY:
Warranties covers all new equipment workmanship for a period of one (1) year form date of shipment.

-All Equipment must be brand new
-Equipment must meet OSHA standards

TERMS:
20% Approval of design drawings
20% Upon 50% of Manufacturing
20% With manufacturing complete
20% At shipment
10% At installation
10% Upon finalization of punch list items, net 30 days (est. 20 weeks)

Purchase (2) Prehung Door Pick Cars, Price $109,500 each Midwest Manufacturing will be purchasing a 3rd Pick-Car for Holiday City 6 months prior to Holiday City expansion.

Items

| | |
|---|---|
| Total: | $219,000.00 |
| Tax: | $0.00 |
| Shipping | $0.00 |
| Grand Total: | $219,000.00 |

| Received By | Receiver Number |
|---|---|
| | |
| Shipper | Bill Of Lading Number |
| | |

**IMPORTANT**
1) OUR ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, ETC.
2) PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO SHIP THE COMPLETE ORDER BY DATE SPECIFIED
3) SEND ALL INVOICES IN DUPLICATE SPECIFIED

Ordered By /s/
Approved By /s/
Mark Romen

THIS PURCHASE ORDER IS SUBJECT TO THE CURRENT TERMS AND CONDITIONS ISSUED BY MIDWEST MANUFACTURING, ALL INCONSISTENT TERMS AND CONDITIONS SUBMITTED BY VENDOR SHALL HAVE NO EFFECT. IF VENDOR IS UNSURE OF MIDWEST MANUFACTURING'S, CURRENT TERMS AND CONDITIONS, CONTACT MIDWEST MANUFACTURING' GENERAL OFFICE FOR A COPY.



**MIDWEST MANUFACTURING**

4631 Menard Drive, Eau Claire, WI 54703
Phone: (715) 876-5555

## Purchase Order

| ECPrehung - Eau Claire |
|---|
| 1500498 |

| Qty. Rec'd | Date Rec'd | Item Number | Description | Qty. | Unit Price | U/M | Total |
|---|---|---|---|---|---|---|---|
| | | PICK-CAR | PICK-CAR | 2 | $109,500.00 | N/A | $219,000.00 |

Sub Total: $219,000.00

Total: $219,000.00
Tax: $0.00
Shipping: $0.00
Grand Total: $219,000.00

| Received By | Receiver Number |
|---|---|
| | |
| Shipper | Bill Of Lading Number |
| | |

**IMPORTANT**
1) OUR ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, ETC.
2) PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO SHIP THE COMPLETE ORDER BY DATE SPECIFIED
3) SEND ALL INVOICES IN DUPLICATE SPECIFIED

Ordered By *[signature]*
Approved By
*Mark Roman [signature]*

THIS PURCHASE ORDER IS SUBJECT TO THE CURRENT TERMS AND CONDITIONS ISSUED BY MIDWEST MANUFACTURING, ALL INCONSISTENT TERMS AND CONDITIONS SUBMITTED BY VENDOR SHALL HAVE NO EFFECT. IF VENDOR IS UNSURE OF MIDWEST MANUFACTURING'S, CURRENT TERMS AND CONDITIONS, CONTACT MIDWEST MANUFACTURING' GENERAL OFFICE FOR A COPY.