10/24/2016    MIDWEST MANUFACTURING, INC. (1M23325)

# Wisconsin Department of Financial Institutions
Strengthening Wisconsin's Financial Future

Search for:
Midwest Manufacturing   Search Records

Search
Advanced Search
Name Availability

**Corporate Records**    Result of lookup for **1M23325** (at 10/24/2016 12:52 PM )

You can: File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

## MIDWEST MANUFACTURING, INC.

**Vital Statistics**

| | |
|---|---|
| Entity ID | 1M23325 |
| Registered Effective Date | 10/17/1983 |
| Period of Existence | PER |
| Status | Restored to Good Standing   Request a Certificate of Status |
| Status Date | 03/28/1991 |
| Entity Type | Domestic Business |
| Annual Report Requirements | Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |

**Addresses**

| | |
|---|---|
| Registered Agent Office | THOMAS J MASNICA<br>1803 STARDUST DRIVE<br>WAUKESHA , WI 53186<br>File a Registered Agent/Office Update Form |
| Principal Office | 1345 PEARL ST<br>WAUKESHA , WI 53186<br>UNITED STATES OF AMERICA |


DEFENDANT'S EXHIBIT 2